In the Matter of MARTIN BANKS, Appellant, v ROBERT DENNISON, as Chair of the New York State Division of Parole, et al., Respondents.

Submitted June 1, 2009; decided June 30, 2009

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]; *Eaton v State of New York*, 76 NY2d 824 [1990]).